**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Gustavo De La Torre-Perez**<br>YOB: 1977; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-2911MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 25, 2020, at or near St. David, in the District of Arizona, **Gustavo De La Torre-Perez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on August 4, 2014, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Gustavo De La Torre-Perez** is a citizen of Mexico. On August 4, 2014, **Gustavo De La Torre-Perez** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On June 25, 2020, agents found **Gustavo De La Torre-Perez** in the United States at or near St. David, Arizona, without the proper immigration documents. **Gustavo De La Torre-Perez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/PL<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup><br>Leslie A. Bowman | DATE<br>June 26, 2020 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4.1, and 54